THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES MARUZZELLA, Appellant, v. EDWARD B. HARDER, JOHN E. FETZER and HARRY B. MULLIKEN, Constituting the Board of Assessors of the Town of Pelham, County of Westchester, New York, Respondents. THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES MARUZZELLA, Appellant, v. JOHN E. FETZER, EDWARD B. HARDER and HARRY B. MULLIKEN, Constituting the Board of Assessors of the Town of Pelham, County of Westchester, New York, Respondents.— Consolidated pro-

ceeding to review assessed valuations of appellant's real property in the town of Pelham, Westchester county, for the years 1937 and 1938. Final order modified by reducing the 1937 assessment to $20,000, and the 1938 assessment to $25,000, and by striking out the provision for costs to the Town of Pelham in the sum of $273.75. As so modified, the order is unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.